**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan BURGUENO, Defendant–Appellant.**

No. 11–10569.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 8, 2012.*

Filed Aug. 15, 2012.

Robert Lawrence Ellman, Esquire, Las Vegas, NV, Elizabeth Olson White, Esquire, Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

· Robert W. Story, Story Law Group, Reno, NV, for Defendant–Appellant.

Before: ALARCÓN, BERZON, and IKUTA, Circuit Judges.

MEMORANDUM **

Juan Burgueno appeals from the 120–month sentence imposed following his guilty-plea conviction for distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Burgueno contends that he received ineffective assistance of counsel because his attorney did not adequately inform him that he would be subject to a mandatory minimum sentence of 120 months, as he was ineligible for the safety valve. The record does not establish that Burgueno was inadequately informed by counsel that, because of his criminal history, he would

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

be subject to the mandatory minimum sentence.

AFFIRMED.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

